**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BENNIE JEVON NERO, | ) | NO. CV 12-7344-GAF (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| R. GROUNDS, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Denying Motion,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: <u>August 29, 2012</u>.

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE